FILED ENTERED
LOGGED RECEIVED
AUG 03 2026
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

United States District Court
for the District of Maryland

| | |
|---|---|
| Kenneth J. Warn<br>Plaintiff,<br>Counter-Defendant<br><br>v<br><br>Janay Sears, Pro se<br>Defendant<br>Counter-Plaintiff | Civil No. –<br>8:23-cv-02466<br><br>Honorable Judge:<br>Brendan A. Hurson<br><br>Defendant's Status/<br>Response - 23 July 2026 |

# DEFENDANT'S STATUS AND RESPONSE

Whereas, Defendant, Janay Sears has filed a Notice of Appeal and Motion for New Trial and Change of Venue; as to the Criminal Case C15CR25000409, Montgomery County Circuit Court, Rockville, Md, 10 July 2026. In response to the Plaintiff's Notification of Criminal Conviction.

Defendant Sears, will remain diligent as to this Case 8:23-cv-02466-BAH throughout the remainder of said proceedings. A change of address for 'Legal Mail' only is in effect through 28 August 2026. After 28 August 2026 a notice of status will be updated as to any future filings.

2.



Effective immediately: Address change —
Janay Sears
MCCF - Boyds Facility
22880 Whelan Lane
Boyds, Md 20841
(thru — 28 August 2026)

After 28 August 2026; Resume
Legal Mail back to:
Janay Sears
1400 L St NW - Lobby 2
#34642
Washington, DC 20043

Respectfully submitted,
J Sears
Janay Sears
MCCF - Boyds, Md
22880 Whelan Ave
Boyds, MD 20841
23rd July 2026
8:23cv02466-BAH

# Certificate of Service

U.S. District Court Maryland
Attn: Janet Fletcher - Civil Division
6500 Cherrywood Lane - Ste 200
Greenbelt, Md 20770

David I. Schoen
3151 Maple Dr NE
Atlanta, GA 30305
Attorney for Plaintiff

I hereby certify on this 23rd day of July 2026, I have served true and correct copy of the foregoing on the Plaintiff/Counsel David I. Schoen, for the Plaintiff; 3151 Maple Dr, NE Atlanta, GA 30305

[signature] /s/
22nd of July, 2026
MCCF - Boyds, MD 20841
8:23CV02466-BAH
22880 Whelan Lane
Boyds, Md 20841